# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ELBERT JOHNSON, | : No. 39 EM 2015 |
| Petitioner | : |
| v. | : |
| THE COURT OF PHILADELPHIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282, 293 (Pa. 2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.